FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 2 7 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LANE MICHAEL REED, )<br>)<br>Defendant ) | CRIMINAL NO. 19-595 WJ<br><br>18 U.S.C. § 111(a): Assault Upon a<br>Federal Officer Involving Physical<br>Contact. |

## INDICTMENT

The Grand Jury charges:

On or about May 11, 2018, in Sandoval County, in the District of New Mexico, the defendant, **LANE MICHAEL REED**, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with John Doe, an officer of the United States, while John Doe was engaged in, and on account of, the performance of John Doe's official duties, and such acts involved physical contact with John Doe.

In violation of 18 U.S.C. § 111(a).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
02/24/19 5:17PM